**DISMISS and Opinion Filed December 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01336-CV

**VELETTA COLEMAN, Appellant**
**V.**
**MEGAN FINLEY-BENTON, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11963**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Appellant appeals from the trial court's May 30, 2019 judgment. We questioned our jurisdiction over this appeal as it appears the notice of appeal is untimely. We instructed the parties to file letter briefs addressing the jurisdictional issue.

When a timely post-judgment motion extending the appellate timetable is filed, a notice of appeal is due 90 days or, with an extension motion, 105 days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1(a); 26.3. Without a timely filed notice of appeal, this Court lacks jurisdiction. *See id*. 25.1(b).

The trial court signed the judgment on May 30, 2019. Appellant filed a timely motion for new trial on June 28, 2019. Accordingly, the notice of appeal was due on August 28, 2019 or,

with an extension motion, September 12, 2019.  *See id*. 26.1(a); 26.3.  Appellant filed a notice of appeal on October 31, 2019.

Although appellant filed a letter brief, nothing in her brief demonstrates our jurisdiction over this appeal.  Accordingly, we dismiss this appeal for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

191336F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

VELETTA COLEMAN, Appellant

No. 05-19-01336-CV          V.

MEGAN FINLEY-BENTON, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-11963.
Opinion delivered by Chief Justice Burns.
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MEGAN FINLEY-BENTON recover her costs of this appeal from appellant VELETTA COLEMAN.

Judgment entered December 23, 2019